UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to<br>Enforce an Administrative Subpoena of the<br><br>U.S. Commodity Futures Trading Commission<br>1155 21st Street, NW<br>Three Lafayette Centre<br>Washington, DC  20581,<br><br>                Applicant,<br><br>              v.<br><br>Paul L. Proscia, Peter M. Blanco,<br>and S.J. Woods, Inc.,<br><br>              Respondents. | Case Number: |

## APPLICATION FOR AN ORDER TO SHOW CAUSE AND
## AN ORDER REQUIRING COMPLIANCE WITH AN ADMINISTRATIVE SUBPOENA

Applicant, the U.S. Commodity Futures Trading Commission ("Commission"), through its Division of Enforcement, respectfully requests that this Court issue an order requiring Respondents Paul L. Proscia, Peter M. Blanco, and S.J. Woods, Inc. to show cause why they should not be compelled to fully comply with administrative subpoenas issued by the Commission and served upon them on December 3, 2012.  Should no good cause be shown, the Commission respectfully requests a further order requiring Respondents to comply in all respects with the Commission's subpoenas.

In support of this Application, the Commission relies upon the accompanying Memorandum in Support of Application for an Order to Show Cause and an Order Requiring Compliance with an Administrative Subpoena, Declaration of Kara L. Mucha, and Proposed Order Requiring Respondents to Show Cause.

Respectfully submitted,

Dated: 5/23/2013

*/s/ Boaz Green*

Boaz I. Green, DC Bar No. 977520
James H. Holl, III, DC Bar No. 453473
Gretchen L. Lowe, DC Bar No. 421995
U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, N.W.
Washington, DC 20581
Telephone (202) 418-6623 (Green)
Facsimile (202) 418-5523
E-mail: bgreen@cftc.gov

2